**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 23, 2015

Mr. Joshua Turner
Wiley Rein
1776 K Street, N.W.
Washington, DC 20006

           Re: Case No. 15-3291, *The State of TN v. FCC, et al*
                Originating Case No. : 15-25

Dear Counsel,

   This case has been docketed as number **15-3291** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

   The following forms should be downloaded from the web site and filed with the Clerk's office by **April 3, 2015**. If payment did not accompany the petition for review, the $500 filing fee should also be paid by this date.

                Petitioner:    Appearance of Counsel
                               Disclosure of Corporate Affiliations
                               Application for Admission to 6th Circuit Bar (if applicable)
                Respondent:  Appearance of Counsel

    More specific instructions are printed on each form.  These deadlines are important - if the initial forms are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                  Sincerely yours,

                                  s/Robin Baker
                                  Case Manager
                                  Direct Dial No. 513-564-7027

cc:  Mr. John P. Fonte
     Ms. Catherine G. O'Sullivan
     Mr. Jonathan Sallet
     Ms. Richard K. Welch

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 15-3291**

STATE OF TENNESSEE

    Petitioner

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA

    Respondents